M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2019 SEP -5 P 12: 22

DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DIST OF ALA

Jacob Ward Jefferson Dowell )
_____ )
Full name and prison name of )
Plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 2:19-cv-257-WHA
Joesph Headley (warden) )   (To be supplied by Clerk of U.S. District
_____ )   Court)
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )   Amended Complaint

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☑

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2.   Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Madison County Jail Huntsville, AL

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Elmore Correctional Center Elmore, AL

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Joesph Headley | 3520 Marion Spillway Rd Elmore, AL? |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Dec. 2018 until June. 2019

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Right to be free from cruel and inhumane punishment

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Since arriving at Elmore prison in Dec 2018, I endured multiple cases of sexual abuse and harrasment, upon filing a PREA complaint via telephone, Mr. Headley did not investigate the matter, and told the perputrator I told on him, causing the case to become worse

GROUND TWO: Right to be free from cruel and inhumane punishment — continued

SUPPORTING FACTS: Because Mr. Headley would not do anything about my many complaints, I had to endure sexual threats and violence on a daily basis, by him telling inmate Alfonzo Woodson I told on him, it only made things worse

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I request the Court to order Mr. Headley to pay for any and all mental health treatment I receive based on my time at Elmore and reimburse me for time missed and me being unable to work due to this matter.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/29/19
(Date)

Signature of plaintiff(s)

JACOB DOWELL #54172
P.O Box 2047
Huntsville, AL 35804

Mailed From The
Madison County
JAIL

Huntsville, Alabama

BIRMINGHAM AL 350
30 AUG 2019 PM 3 L


FOREVER / USA

United States District Court
One Church St, Suite B-110
Montgomery, AL 36104-4018

36104-401801