IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JACOB WARD JEFFERSON DOWELL,  )
AIS #299784,                  )
                              )
          Plaintiff,          )
                              )
     v.                       )      CIVIL ACTION NO. 2:19-CV-257-WKW
                              )
JOSEPH HEADLEY,               )
                              )
          Defendant.          )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed herein by the defendant on October 16, 2019 (Doc. 29), it is

ORDERED that this motion is GRANTED.  It is further

ORDERED that the defendant is GRANTED an extension from October 16, 2019 to and including November 15, 2019 to file his answer and special report.

DONE this 17th day of October, 2019.

_____/s/ Charles S. Coody_____
UNITED STATES MAGISTRATE JUDGE