IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB WARD JEFFERSON DOWELL, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:19-CV-257-WKW [WO] |
| JOSEPH HEADLEY, ) ) | |
| Defendant. ) | |

## **ORDER**

On February 1, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Upon an independent review of the record, it is ORDERED as follows:

(1)    The Recommendation (Doc. # 37) is ADOPTED; and

(2)    Plaintiff's action is DISMISSED without prejudice.

DONE this 24th day of February, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE